UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

ORIGINAL

Case No: CR 96-977(A)-RAP           Date: June 26, 1998
==================================================================
PRESENT: HONORABLE   RICHARD A. PAEZ   ,   JUDGE

   Jim Hagerman          Sandra Becerra        Stephen Larson
   Deputy Clerk          Court Reporter      Asst. U. S. Attorney
Russian Interpreter: Lana Phillips
==================================================================
U.S.A. vs (Defts. listed below)      Attorneys for Defendants

1)   SERGUEI ADONIEV                 1)   Stephen London
  X  pres ___ custody X  bond          X  pres ___ apptd  X  retn

PROCEEDINGS: SENTENCING      (Please see attached judgment & commitment order)

    Case is called for hearing. The Court hears oral argument. The Court pronounces sentence as follows: the defendant, SERGUEI ADONIEV, is hereby committed on COUNTS ONE (1) through EIGHT (8) to the custody of the Bureau of Prisons to be imprisoned for a term of THIRTY (30) MONTHS. This term consists of 30 months on each of counts 1 through 8 to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of THREE (3) YEARS. This term consists of 3 years on each of counts 1 through 8, all such terms to run concurrently and under the following terms and conditions:

    Government's motion to dismiss any remaining counts in the interest of justice is granted.

    Defendant waives his right to appeal.

    Bond is exonerated upon the surrender of the defendant.



MINUTES FORM 6
CRIM - GEN                                    Initials of Deputy Clerk_____