United States District Court
Central District of California

**ORIGINAL**

UNITED STATES OF AMERICA vs.          CR 96-0977(A)-RAP
Defendant SERGUEI ADONIEV             Social Security # 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
Residence 19274 O. Forsh, #13126     Mailing address   Same as Residence
         St. Petersburg, Russia

*(watermark: ENTERED)*

*(stamp: 7-8-98  CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, NO DEPUTY)*

--------------------------------------------------------------------
                JUDGMENT AND PROBATION/COMMITMENT ORDER
--------------------------------------------------------------------

     In the presence of the attorney for the government, the defendant appeared in
person, on: June 26, 1998

COUNSEL:
   XX  WITH COUNSEL _____ Stephen Hanson, retained

PLEA:
   XX  GUILTY, on Counts ONE (1) through EIGHT (8), and the Court being
satisfied that there is a factual basis for the plea.

FINDING:
     There being a finding of XX GUILTY, defendant has been convicted as charged
of the offense(s) of: Conspiracy , Wire Fraud and Aiding & Abetting: violations of
Title 18 United States Code Section 371, 1343 and 2 as charged in Counts ONE
through EIGHT of the First Superseding Indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
     The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the
contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant
to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, SERGUEI ADONIEV, is
hereby committed on COUNTS ONE (1) through EIGHT (8) to the custody of the Bureau
of Prisons to be imprisoned for a term of THIRTY (30)  MONTHS.  This term consists
of 30 months on each of counts 1 through 8 to be served concurrently.  Upon release
from imprisonment, the defendant shall be placed on supervised release for a term
of THREE (3) YEARS. This term consists of 3 years on each of counts 1 through 8,
all such terms to run concurrently and under the following terms and conditions:

(1):  The defendant shall comply with the rules and regulations of the U.S.
Probation Office and General Order 318;
(2): The defendant shall comply with the rules and regulations of the Immigration
and Naturalization Service (INS), and if deported from this country , either
voluntarily or involuntarily, not reenter the United States illegally.  Within 72
hours of release from any custody or any reentry to the United States during the
period of Court-ordered supervision, the defendant shall report to the U. S.
Probation Office, located at the United States Court House, 312 North Spring
street, Room 600, Los Angeles, California, for instruction;

In addition to the special conditions of supervision imposed above, it is hereby ordered that the
Standard Conditions of Probation and Supervised Release set out on the reverse side of this
judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the
period of supervision, at any time during the supervision period or within the maximum period
permitted by law, may issue a warrant and revoke supervision for a violation occurring during the
supervision period.

*(stamp: ENTER ON ICMS)*

_____ This is a direct commitment to the Bureau of Prisons, and the Court has NO
OBJECTION should the Bureau of Prisons designate defendant to a Community
Corrections Center.

(continued on page two)

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

JUDGMENT AND PROBATION/COMMITMENT ORDER

United States District Court
Central District of California

UNITED STATES OF AMERICA                              CR 96-0977(A)-RAP

   -v-

SERGUEI ADONIEV                                       Date: June 26, 1998
                              Page 2 of 2
-----------------------------------------------------------------------
                 JUDGMENT AND PROBATION/COMMITMENT ORDER
-----------------------------------------------------------------------
                          continued from page one:

   The payment of a fine is deemed satisfied by the defendant's prior payment of a fine in the amount of $60,000.00.

   Pursuant to 18 USC 3663, it is ordered that the defendant shall make restitution to the government of Kazakhstan in the amount of $4,040,780.00. The Court finds that partial payment of the restitution is deemed satisfied by the defendant's prior payment of $1,000,000.00. The Court suspends any further payments during the period of incarceration.

   The Court further orders that the defendant pay an $800.00 special assessment to the United States pursuant to stipulation of counsel.

   Defendant is ORDERED TO SURRENDER to the designation facility no later than 12:00 noon on  July 10, 1998, or if no designation has been made, surrender to the U. S. Marshal, 312 North Spring Street, Los Angeles, CA no later than 12:00 noon on  July 10, 1998    .

   Government's motion to dismiss any remaining counts in the interest of justice is granted.

   Defendant waives his right to appeal.

   Bond is exonerated upon the surrender of the defendant.


Signed by:  U.S. District Judge _____
                                    Richard A. Paez

                                         Sherri R. Carter, Clerk

Dated/Filed ___7_/_1_/_98____            By___J. A. Hagerman_____
              Month / Day / Year            Deputy Clerk

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1.  The defendant shall not commit another Federal, state or local crime;

2.  the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3.  the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4.  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5.  the defendant shall support his or her dependents and meet other family responsibilities;

6.  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons

7.  the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8.  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9.  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____     BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____     BY: _____